

EXHIBIT A (p. 1 of 3)



EXHIBIT A (p. 2 of 3)



EXHIBIT A (p. 3 of 3)

Arago



EXHIBIT B (p. 1 of 3)



EXHIBIT B (p. 2 of 3)



EXHIBIT B (p. 3 of 3)



EXHIBIT C



EXHIBIT D



EXHIBIT E



10 5-2017

**Responsible Citizens againt County Corruption**

| Home | Videos | Playlists | Channels | Discussion | About |

Uploads   Play all

Corruption: Assault of a 78 year old woman Hubbard County MN
1,003 views · 3 weeks ago

Hubbard County Sheriff Show of Power Corruption
1,270 views · 1 month ago

⬇ Download   ⤢ Full screen                                    ✕



10-4-2017

**Eric Flamm**
Yesterday at 9.36 PM · YouTube · 🌐

CORRUPTION: For those of you who have had a chance to spend time with my lovely mom, here is a video of Jim Preiner in Park Rapids assaulting her and then punching me in the face. We were trying to tow a vehicle off our property after months of these people trespassing on our property. She had bruises from him and he almost punched her in the face.  The Hubbard County Sheriff has done nothing to protect us as this is the third assault on our property. We finally got it on video and the sheriff let him walk, has changed witness statements and refused to accept evidence.

# EXHIBIT F (p. 1 of 2)

Done                                  5 of 5                    /0-4-2017

 **Eric Flamm**
Local money and power apparently buys you
police protection. We are outsiders, city folk,
so we aren't afforded property rights nor
protection from these aggressive people. The
sheriff actually visited my parents and told
them they should sell their house to these
people and that would make half their
problem go away.

33 minutes ago · Like · Reply

EXHIBIT F (p. 2 of 2)

●●●○○ Verizon  LTE        9:36 AM        ◀ ♥ ✳ ▭

← **Respond now**        ⋮



 **Eric F**                              Mar 14, 2017
★★★★★

Low quality food, cold fries, soggy fish and undercooked hamburgers. Used to take my parents here for dinner on the weekends but Foxy's right up the road is a much better alternative. Nicer staff, better prices and better quality food.

 **Responsible Citizens**              Mar 14, 2017
**againt County Corruption**
☆ ★ ☆ ☆ ☆

Low quality food, cold fries, soggy fish and undercooked hamburgers. Used to take my parents here for dinner on the weekends but Foxy's right up the road is a much better alternative. Nicer staff, better prices and better quality food.

# EXHIBIT G





**Eric D.**
⚲ 0 🖹 3 📷 0

Aug 28, 2017 at 9:54 AM

We have been vacationing in the Park Rapids area for the last 30 years. We have seen a half dozen iterations of Vacationaire and the new owners fall short on food quality, service and friendliness. We have not eaten here since last summer and it was a bad enough experience that we will not go back. Food took an hour and half and we were served cold, undercooked fries, and soggy breaded fish that tasted like it had been microwaved. It appears there is a lot of turmoil with this business as you will frequently see Hubbard county sheriff cars in the parking lot.

1 of 3 Reviews  ›

# EXHIBIT H

Dena F.                                    8/30/2017
⭐ 0   📷 2

Terrible service , broasted chicken was not good and the
staff was unpleasant. Wouldn't recommend

# EXHIBIT I

# 5 Reviews that are Not Recommended

**Eric D.**                                                   6/22/2018

♀ 0   ☆ 4



Update:
We neighbor this restaurant and things have gotten so bad that we had to get a restraining orders against 2 of the owners. They are constantly harassing us, having their patrons threaten us (cause of course their patrons only hear one side of the story)... terrible place. We have been visiting this area years and have loved having this restaurant open until these people bought it. Please, someone come in and offer the owner more money and get some good people in running this place.

EXHIBIT J