UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy J. Clancy, and Nicole L. Clancy, and Clancy's on Island Lake Inc d/b/a Vacationaire Resorts and Clancy's Restaurant and Bar on Island Lake, | CASE NO.: 18-cv-2249-JRT-LIB |
| Plaintiffs, | |
| v. | CERTIFICATE OF COMPLIANCE WITH RULES 7.1 (f) and (h) |
| Vacationaire Estates, Inc., and the Donald L. and Sandra S. Flamm Community Property Trust, and Donald L. Flamm, and Eric Phillip Flamm, and Dena Ann Flamm, and Daniel Russ Elsey, and Craig Bingen, and Todd Joel Jungwirth, and Richard Joseph Jungwirth, | |
| Defendants. | |

_____/

I CERTIFIY that the foregoing memorandum of law complies with Local Rules 7.1(f) and 7.1(h) based on information obtained from the word processing application that I used to create the memorandum.

Dated: October 11, 2018.

By: 

KIRSCHER LAW FIRM, PA

**s/ Bradley Kirscher**
Bradley Kirscher (MN Bar No. 0318528)
Attorney for the Plaintiffs
2489 Rice Street, Suite 121
Roseville, MN 55113
T: (651) 209-8440 / F: (866) 880-6386
brad@kirscherlawfirm.com

1